| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Connacht Corporation d/b/a Colorize of Pittsburgh

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  82-2490784

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **129 Walcott Drive** <br> **Gibsonia, PA 15044** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Allegheny** <br> County | Location of principal assets, if different from principal place of business <br> **11284 Perry Highway Wexford, PA 15090** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.colorizeofpittsburgh.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Connacht Corporation d/b/a Colorize of Pittsburgh**     Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4441**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **Connacht Corporation d/b/a Colorize of Pittsburgh** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Connacht Corporation d/b/a Colorize of Pittsburgh**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Connacht Corporation d/b/a Colorize of Pittsburgh**     Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 14, 2021**
                  MM / DD / YYYY

**X /s/ Regis Flaherty**           **Regis Flaherty**
Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Brian C. Thompson, Esquire**     Date **November 14, 2021**
Signature of attorney for debtor               MM / DD / YYYY

**Brian C. Thompson, Esquire PA-91197**
Printed name

**Thompson Law Group, P.C.**
Firm name

**125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086**
Number, Street, City, State & ZIP Code

Contact phone   **724-799-8404**     Email address   **bthompson@thompsonattorney.com**

**PA-91197 PA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Connacht Corporation d/b/a Colorize of Pittsburgh**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ascentium Capital LLC**<br>23970 Highway 59 North<br>Kingwood, TX 77339 | | Equipment | | $30,781.15 | $0.00 | $30,781.15 |
| **Benjamin Moore & Co.**<br>101 Paragon Drive<br>Montvale, NJ 07645 | | Paint, paint supplies and other associated materials | | $400,000.00 | $300,000.00 | $100,000.00 |
| **Channel Partners Capital**<br>11100 Wayzata Blvd #305<br>Hopkins, MN 55305 | | Secured against assets of business | | $149,684.13 | Unknown | Unknown |
| **Chase Bank**<br>PO Box 1423<br>Charlotte, NC 28201 | | Business credit card | | | | $7,793.24 |
| **CT Corporation System, as representative**<br>330 N Brand Blvd, Suite 700<br>Attn: SPRS<br>Glendale, CA 91203 | | Secured against assets of business | | Unknown | Unknown | Unknown |
| **Huntington National Bank**<br>Pittsburgh Commercial Lending<br>336 4th Avenue<br>Pittsburgh, PA 15222 | | Installment loan | | | | $54,452.70 |
| **Landmark Properties**<br>4848 Rt 8 Unit 2<br>Allison Park, PA 15101 | | Lease deficiency | Disputed | | | $294,329.47 |

Debtor **Connacht Corporation d/b/a Colorize of Pittsburgh**      Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **PNC Bank<br>PO Box 856177<br>Louisville, KY 40285** | | **Business Credit Card** | | | | **$41,548.72** |
| **PNC Bank<br>PO Box 856177<br>Louisville, KY 40285** | | **Revolving Line of Credit** | | | | **$35,216.69** |
| **PNC Bank<br>PO Box 856177<br>Louisville, KY 40285** | | **Business credit card** | | | | **$31,630.16** |
| **Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416** | | **CARES SBA -PPP** | | | | **$6,996.00** |
| **Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416** | | **Secured against assets of business** | | **$500,000.00** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Connacht Corporation d/b/a Colorize of Pittsburgh**            Case No.
                                                               Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Connacht Corporation d/b/a Colorize of Pittsburgh** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 14, 2021** | **/s/ Brian C. Thompson, Esquire** |
| Date | **Brian C. Thompson, Esquire PA-91197** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Connacht Corporation d/b/a Colorize of Pittsburgh** |
| | **Thompson Law Group, P.C.** |
| | **125 Warrendale-Bayne Road** |
| | **Suite 200** |
| | **Warrendale, PA 15086** |
| | **724-799-8404 Fax:724-799-8409** |
| | **bthompson@thompsonattorney.com** |

**United States Bankruptcy Court**
**Western District of Pennsylvania**

| | | |
|---|---|---|
| In re | **Connacht Corporation d/b/a Colorize of Pittsburgh** | Case No. |
| | Debtor(s) | Chapter  **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Regis Flaherty**, declare under penalty of perjury that I am the **President** of **Connacht Corporation d/b/a Colorize of Pittsburgh**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Regis Flaherty, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Regis Flaherty, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Regis Flaherty, President** of this Corporation is authorized and directed to employ **Brian C. Thompson, Esquire PA-91197**, attorney and the law firm of **Thompson Law Group, P.C.** to represent the corporation in such bankruptcy case."

| | | |
|---|---|---|
| Date  **October 29, 2021** | Signed | **/s/ Regis Flaherty** |
| | | **Regis Flaherty** |

Resolution of Board of Directors
of
**Connacht Corporation d/b/a Colorize of Pittsburgh**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Regis Flaherty, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Regis Flaherty, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Regis Flaherty, President** of this Corporation is authorized and directed to employ **Brian C. Thompson, Esquire PA-91197**, attorney and the law firm of **Thompson Law Group, P.C.** to represent the corporation in such bankruptcy case.

Date **October 29, 2021**    Signed /s/ Regis Flaherty
**Regis Flaherty, President**